**Order entered July 26, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00120-CV

### BRUCE DWAIN COPELAND, Appellant

### V.

### NATIONSTAR MORTGAGE, LLC, ET AL., Appellee

### On Appeal from the 192nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-20-15575

### ORDER

The reporter's record is past due and the court reporter has notified the Court that appellant has not requested the reporter's record. By letter dated June 25, 2021, we instructed appellant to file, within ten days, notice that he has requested preparation of the reporter's record and written verification that he has paid or made arrangements to pay the reporter's fee. We cautioned appellant that failure to comply may result in an order that the appeal be submitted without the reporter's record. As of today's date, appellant has not responded. Accordingly,

we **ORDER** the appeal be submitted without the reporter's record.  *See* TEX. R. APP. P. 37.3(c).

Appellant shall file his brief on the merits **within thirty days** of the date of this order.

/s/    BONNIE LEE GOLDSTEIN
        JUSTICE